IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1682 (RGA) |
| | ) |
| FOOT LOCKER, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FOOT LOCKER, INC.'S MOTION TO STAY PENDING REEXAMINATION OF ASSERTED U.S. PATENT NOS. 6,311,231 AND 6,668,286**

Defendant Foot Locker, Inc. ("Foot Locker") moves to stay this case pending the *ex parte* reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the *inter partes* reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Foot Locker joins in, and incorporates by reference, the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10), each requesting the same relief sought in this motion.[1]

Plaintiff Pragmatus Telecom, LLC has alleged that Foot Locker, HSN, Inc. and Bosch Security Systems Inc., among others, infringe directly one or more claims of U.S. Patent Nos. 6,311,231 and 6,668,286. *See* D.I. 1, ¶¶ 10 and 13; C.A. No. 12-1546, D.I. 1 at ¶¶ 10 and 13; C.A. No. 12-1650, D.I. 11 at ¶¶ 10 and 13.

---

[1] A motion to stay tolls the time for Foot Locker to respond to the Complaint. *See*, *e.g.*, *Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998) ("Historically, motions to stay have been recognized as tolling the time period for answering a complaint because pre-answer consideration of these motions have been found to maximize the effective utilization of judicial resources."); *see also* 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Jack B. Blumenfeld*

                                              Jack B. Blumenfeld (#1014)
                                              Rodger D. Smith II (#3778)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              jblumenfeld@mnat.com
                                              rsmith@mnat.com

OF COUNSEL:                                     *Attorneys for Defendant*

Benjamin Hershkowitz
R. Scott Roe
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

April 1, 2013
7089984.1

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Margaret Elizabeth Day, Esquire<br>Ian N. Feinberg, Esquire<br>David L. Alberti, Esquire<br>Clayton Thompson, Esquire<br>Marc C. Belloli, Esquire<br>Sal Lim, Esquire<br>Yakov Zolotorev, Esquire<br>FEINBERG DAY ALBERTI & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA  94301<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)