IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 12-cv-1682-RGA |
| FOOT LOCKER, INC., | ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pragmatus Telecom, LLC and Defendant Foot Locker, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims and counterclaims asserted in this action are dismissed with prejudice with each party to bear its own costs.

Respectfully submitted,

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Rodger D. Smith II* |
| Brian E. Farnan (#4089) | Jack B. Blumenfeld (#1014) |
| 919 North Market Street | Rodger D. Smith II (#3778) |
| 12th Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 777-0300 | Wilmington, DE 19899 |
| bfarnan@farnanlaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| *Counsel for Pragmatus Telecom, LLC* | |
| | *Counsel for Foot Locker, Inc.* |

Dated: June 25, 2013